UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 22-11983-WGY

FOLLY-NOTSRON
Plaintiff

v.

180 BROADWAY LIQUOR, INC. et al
Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 (forty-five) days if settlement is not consummated.

By the Court,

/s/ Jennifer Gaudet
Deputy Clerk

September 1, 2023